IN THE COURT OF COMMON PLEAS OF CAMBRIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| JENNIFER PETAK, | CIVIL DIVISION |
| Plaintiff, | No. 2018-919 |
| | **PRAECIPE FOR APPEARANCE** |
| v. | Filed on Behalf of Defendant, *State Farm Mutual Automobile Insurance Company* |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Counsel of Record for This Party: |
| Defendant. | **Mark A. Martini, Esquire** PA I.D. #91001 |
| | **Jennifer L. Miller, Esquire** PA I.D. #313706 |
| | ROBB LEONARD MULVIHILL LLP Firm #249 BNY Mellon Center 500 Grant Street, Suite 2300 Pittsburgh, PA 15219 |
| | Telephone:  (412) 281-5431 Facsimile:   (412) 281-3711 |
| **JURY TRIAL DEMANDED** | |

{R0774419.1 }

IN THE COURT OF COMMON PLEAS OF CAMBRIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| JENNIFER PETAK, | CIVIL DIVISION |
| Plaintiff, | No. 2018-919 |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

**PRAECIPE FOR APPEARANCE**

TO: PROTHONOTARY

Please enter the appearance of Mark A. Martini, Esquire, and Jennifer Miller, Esquire, as Attorneys on behalf of Defendant, *State Farm Mutual Automobile Insurance Company,* in the above-captioned case.

Respectfully submitted,

ROBB LEONARD MULVIHILL LLP

Mark A. Martini, Esquire
*Attorneys for Defendant*

{R0774419.1}

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Robb Leonard Mulvihill LLP
Signature: _____
Name: Mark A. Martini, Esquire
Attorney No. (if applicable): 91001

Rev. 09/2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of its **PRAECIPE FOR APPEARANCE** has been served via United States First Class Mail, postage prepaid, this 26th day of March, 2018, upon the following:

> Kevin Peck, Esquire
> Edgar Snyder & Associates LLC
> US Steel Tower, 10th Floor
> 600 Grant Street
> Pittsburgh, PA 15219

Mark A. Martini, Esquire
*Attorney for Defendant*

{R0774419.1}